FILED

01/14/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0570

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0570

FRANKLIN S. & JANET L. TIEGS (PTE)
BAKER PRODUCE, INC.,

   Petitioners and Appellees,

v.

STATE OF MONTANA, DEPARTMENT
OF REVENUE,

   Respondent and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the

Appellant is given an extension of time until February 25, 2022, to

prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 14 2022